DAVID ALLEN & ASSOCIATES
JONATHAN A. HENDRICKS  Bar No. 173482
5230 Folsom Boulevard
Sacramento, California 95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687
jhendricks@davidallenlaw.com

Attorneys for Plaintiff
Laura Chadwick

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL N. WESTHEIMER Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
rebecca.hull@sdma.com
michael.westheimer@sdma.com

Attorneys for Defendant
Metropolitan Life Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA J. CHADWICK,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, aka MetLife, DOE INSURANCE AGENT and DOES 2 to 100,<br><br>    Defendants. | CASE NO.  2:06-cv-02245 FCD EFB<br><br>**STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT UNDER ERISA** |

WHEREAS, on August 8, 2006, plaintiff Laura Chadwick filed this action in California Superior Court, County of Sacramento, Case No. 06AS03367, pleading causes of action only under California state law;

1     WHEREAS, on October 6, 2006, defendant Metropolitan Life Insurance Company filed a
2 Notice of Removal removing the action to this Court on grounds that plaintiff's causes of action
3 all pertain to a claim for benefits under an employee welfare benefit plan and are preempted by
4 the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. section 1001, et seq.;

5     WHEREAS, the parties stipulated pursuant to Local Rule 6-144(a) to a 30-day extension
6 of time for defendant to respond to the complaint, extending the due date for defendant's
7 responsive pleading to November 14, 2006;

8     WHEREAS, the parties agree that plaintiff's causes of action under California state law
9 are preempted by ERISA and wish to avoid the time and expense of a motion to dismiss under
10 Rule 12(b) of the Federal Rules of Civil Procedure;

11     NOW, THEREFORE, the parties hereby stipulate and agree that plaintiff dismisses her
12 causes of action under California state law and shall file an amended complaint under ERISA
13 within three weeks, by December 5, 2006.  The parties further stipulate and agree that defendant
14 need not file a responsive pleading before plaintiff files her amended complaint, and shall file a
15 responsive pleading within 20 days after its counsel is served with the amended complaint.

16 DATED:  November __, 2006      DAVID ALLEN & ASSOCIATES

18     By: _____
    Jonathan A. Hendricks
    Attorneys for Plaintiff
19     Laura Chadwick

20 DATED:  November __, 2006      SEDGWICK, DETERT, MORAN & ARNOLD LLP

22     By: _____
    Rebecca A. Hull
23     Michael N. Westheimer
    Attorneys for Defendant
24     Metropolitan Life Insurance Company

25     IT IS SO ORDERED.

26 Dated: November 15, 2006

28 _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE